## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                                  )
                                        )
                                        )        **Case No.**
        SSN: xxx-xx-                    )        **Chapter 13**
                                        )
                                        )
        SSN: xxx-xx-                    )
                                        )
                                        )
                                        )
                **Debtor(s).)**

### NOTICE OF OBJECTION TO CLAIM OR EXEMPTION
### NOTICE OF DEADLINE TO FILE RESPONSE TO OBJECTION TO CLAIM OR EXEMPTION
### AND NOTICE OF HEARING

William Mark Bonney, Trustee has filed the following Objection to Claim or Exemption with the court:

   Objection to Claim #                Filed By

   **YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

   If you do not want the Court to grant the relief sought in the above referenced Objection, or if you want the Court to consider your views on the Objection and your Response, then on or before _____
you or your attorney must:

   File with the court a written Response explaining your position at:

                United States Bankruptcy Court Clerk
                        P.O. Box 1347
                    Okmulgee, Oklahoma 74447

   You must also mail a copy of your Response to: The name and address listed at the bottom of this Notice unless they are served by electronic notice.

   Attend the hearing scheduled to be held on _____at_____   in the
If you file a Response.

   **IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE OBJECTION and WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE OBJECTION.**

Date:_____

                                        /s/ William Mark Bonney
                                        WILLIAM MARK BONNEY
                                        Standing Chapter 13 Trustee
                                        215 State Street, Ste. 404
                                        P.O. Box 1548
                                        Muskogee, OK 74402-1548
                                        Phone: (918) 683-3840
                                        Fax: (918) 683-3302
                                        bonney13@okbon.com