## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Michael H. Povey,** | ) | **Case No. 07-80076** |
| **Deborah A. Povey,** | ) | **Chapter 13** |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN MATTER OF OBJECTIONS
## TO PROOFS OF CLAIM

COMES NOW the Chapter 13 Trustee and submits the attached opinion by Judge

Rasure, Chief Judge for the Bankruptcy Court for the Northern District of Oklahoma, as

supplemental authority related to the objections to proofs of claims (Court Claim Nos.

21-26) made by the Chapter 13 Trustee which are set for trial on February 26, 2008.

Dated this 20th day of February, 2008.

/s/William Mark Bonney
William Mark Bonney, OBA #12221
Chapter 13 Trustee
POB 1548
Muskogee, OK 74402-1548
918-683-3840/Fax 918-683-3302
bonney@13okeb.com